Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
VORNADO OFFICE MANAGEMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

SEGUNDO QUIZHPI,                                                                Index No.: 08-CV-2246

                              Plaintiff(s),        **NOTICE OF ADOPTION OF ANSWER**
                                                                                                     **TO MASTER COMPLAINT**
  -against-

120 BROADWAY CONDOMINIUM (CONDO                   **ELECTRONICALLY FILED**
#871), *et al.*,

                                Defendant(s).
------------------------------------------------------------X

       PLEASE TAKE NOTICE that Defendant, VORNADO OFFICE MANAGEMENT, LLC, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       WHEREFORE, the defendant, VORNADO OFFICE MANAGEMENT, LLC, demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 20, 2008

                Yours etc.,

                McGIVNEY & KLUGER, P.C.
                Attorneys for Defendant
                VORNADO OFFICE MANAGEMENT, LLC

                By: _____
                  Richard E. Leff (RL-2123)
                  80 Broad Street, 23rd Floor
                  New York, New York 10004
                  (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site
   Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

   All Defense Counsel